THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent, *v.* EUGENIE ROTHSCHILD and Others, Appellants, Impleaded with Others.

*Mortgage — change of rate of interest — liability of bondsmen.*

Appeal from so much of a judgment entered in an action to foreclose a mortgage as directs that the appellants pay to the plaintiff the amount of any deficiency that may be found due herein to said plaintiff, and also from so much of said judgment as specifies and directs the method of computing and ascertaining the amount of any such deficiency.

Judgment modified so as to provide that the deficiency judgment shall only be calculated at four and one-half per cent, as found to be due, and as so modified affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.; Page, J., dissented.

PAGE, J. (dissenting): I dissent on the ground that increasing the rate of interest from four and one-half to five per cent and the cancellation of the privilege of prepayment having been made without the knowledge or consent of the original bondsmen, or their personal representatives, relieved them from liability for a deficiency judgment.

———

HORACE A. DEMAREST, Respondent, v. ANDREW J. RICE and Another, Appellants.— Judgment and order affirmed, with costs. No opinion, Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.; Dowling, J., dissented.

HERMANN ROTHMANN, an Infant, by LOUIS ROTHMANN, His Guardian ad Litem, Respondent, v. THOMPSON BROTHERS, INC., Appellant.— Judgment and orders reversed, new trial ordered, costs to appellant to abide event, on the ground that the finding that the defendant was negligent is against the weight of evidence. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.; Dowling and Page, JJ., dissented.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES DAVIS, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

CHARLES BROCK, Respondent, v. RUEL W. POOR and Another, Individually and as Trustees, etc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.